ADAMS, APPELLANT, *v.* HUMPHREYS, SUPERINTENDENT, APPELLEE.

[Cite as Adams *v.* Humphreys (1986), 27 Ohio St. 3d 43.]

(No. 85-2008—Decided November 26, 1986.)

*Winford Adams, pro se.*

*Anthony J. Celebrezze, Jr.,* attorney general, and *Alexander G. Thomas,* for appellee.

*Per Curiam.* While the facts here are sparse, leaving some doubt as to whether appellant's conviction was the result of a trial or of a guilty plea, the dismissal of the habeas corpus action below was nonetheless proper because such action may not be used as a substitute for appeal. *Stahl* v. *Shoemaker* (1977), 50 Ohio St. 2d 351, 354 [4 O.O. 3d 485], and *In re Piazza* (1966), 7 Ohio St. 2d 102, 103 [36 O.O. 2d 84].

For reason of the foregoing, the judgment of the court of appeals is hereby affirmed.

*Judgment affirmed.*

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.